939 So.2d 111 (2006)
RICHARD LUCIBELLA, Appellant,
v.
GEORGE W. BIERLIN, Appellee.
No. 4D06-86.
District Court of Appeal of Florida, Fourth District.
October 4, 2006.
Norman Malinski of the Law Offices of Norman Malinski, P.A., Aventura, for appellant.
L. Martin Reeder, Jr. and C. Bryce Albu of Reeder & Reeder, P.A., Jupiter, for appellee.
PER CURIAM.
Affirmed.
STEVENSON, C.J., WARNER and TAYLOR, JJ., concur.
Not final until disposition of timely filed motion for rehearing.